UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE MARTIN,

    Petitioner,

v.                                        4:03cv239–WS/MAF

RICKY D. DIXON, Secretary,
Florida Department of Corrections,

    Respondent.

_____

ORDER DISMISSING RULE 60(b) MOTION

Before the court is the magistrate judge's report and recommendation (ECF No. 21) dated July 25, 2023. The magistrate judge recommends that the petitioner's Rule 60(b) motion be dismissed as successive. The petitioner has filed objections (ECF No. 24) to the report and recommendation.

Having reviewed the record in light of the petitioner's objections, the undersigned finds—as did the magistrate judge—that this court lacks the authority to consider the petitioner's Rule 60(b) motion because it constitutes an unauthorized successive § 2254 petition. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 21) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's Rule 60(b) motion (ECF No. 10) is DISMISSED as an unauthorized successive petition, over which this court lacks jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed for lack of jurisdiction."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this __25th__ day of __August__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE